246 So.2d 197

**Alma YOUNG**

**v.**

**ALL AMERICAN ASSURANCE COMPANY.**

**No. 51275.**

April 14, 1971.

In re: Alma Young applying for certiorari, or writ of review to the Court of Appeal, Third Circuit, Parish of Acadia. 243 So.2d 894.

Writ refused. We find no error of law in the judgment.

246 So.2d 198

**Lloyd LANDRY**

**v.**

**BITUMINOUS CASUALTY CORPORATION et al.**

**No. 51277.**

April 14, 1971.

In re: Fluor Corporation and American Motorist Insurance Company applying for certiorari or writ of review to the Court of Appeal, Third Circuit, Parish of Calcasieu. 244 So.2d 105.

Writ refused. On the facts found by the Court of Appeal, the result is correct.